**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant,
JASON WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 6:08-mj-00238-YNP |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE TO |
| ) | APRIL 20, 2010; |
| vs ) | ORDER |
| ) | |
| JASON WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the Defendant, JASON WILSON, his Attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently scheduled for March 16, 2010, at 10:00 a.m. be continued until April 20, 2010 at 10:00 a.m.

Dated: February 19, 2010          By: /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant
                                      JASON WILSON

Dated: February 19, 2010          By: /s/ Susan St. Vincent
                                      SUSAN ST. VINCENT
                                      Acting Legal Officer for the
                                      National Park Service

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

# ORDER

The Court, having reviewed the above request for a Continuance of the Status Conference until April 20, 2010, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference for Defendant, JASON WILSON, shall be continued to April 20, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 24, 2010**                    **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE