```
Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, )<br>    ) <br>          Plaintiff    )<br>    )<br>     vs.       )<br>    )<br>    )<br>JASON WILSON,   )<br>    )<br>          Defendant  )<br>_____) | CASE NUMBER:6:08-mj-0238-YNP<br><br>STIPULATION TO CONTINUE<br>TRIAL DATE; AND<br>ORDER THEREON |

   IT IS HEREBY STIPULATED by and between Susan St. Vincent, acting Legal Officer for the National Park Service and Defendant, JASON WILSON, and his Attorney of Record, Carol Moses, that the trial date in the above-captioned matter currently scheduled for November 3, 2010, be continued until November 17, 2010.

```
Dated: September 9, 2010         /S/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Acting Legal Officer for
                                 National Park Service



Dated: September 9, 2010         /S/ Carol Moses
                                 CAROL MOSES
                                 Attorney for Defendant
                                 JASON WILSON
```

1

**\* \* \* ORDER \* \* \***

The Court, having reviewed the above request for a continuance of the trial currently set for November 3, 2010 until November 17, 2010, HEREBY ORDERS AS FOLLOWS:

1. The trial in the matter of U.S. v. Wilson, shall be continued to November 17, 2010.

IT IS SO ORDERED.

Dated:  September 28, 2010         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE