1 Susan St. Vincent
  Acting Legal Officer
2 NATIONAL PARK SERVICE
  Law Enforcement Office
3 P.O. Box 517
  Yosemite, California 95389
4 Telephone: 209-372-0243

5

6
                   UNITED STATES DISTRICT COURT
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9 UNITED STATES GOVERNMENT,      )   CASE NUMBER:6:08-mj-0238-YNP
                                 )
10         Plaintiff              )
                                 )   STIPULATION TO VACATE
11    vs.                         )   STATUS CONFERENCE AND SET
                                 )   FOR PLEA AND SENTENCE, AND
12                                )   ORDER THEREON
   JASON WILSON,                  )
13                                )
           Defendant              )
14  _____)

15
       IT IS HEREBY STIPULATED by and between Susan St. Vincent,
16
   acting Legal Officer for the National Park Service and Defendant,
17
   JASON WILSON, and his Attorney of Record, Carol Moses, that the
18
   status conference in the above-captioned matter currently
19
   scheduled for January 11, 2011, be vacated and the matter be set
20
   for change of plea and sentence on February 1, 2011.
21

22
   Dated: January 10, 2011            /S/ Susan St. Vincent
23                                    SUSAN ST. VINCENT
                                      Acting Legal Officer for
24                                    National Park Service

25

26
   Dated: January 10, 2011            /S/ Carol Moses
27                                    CAROL MOSES
                                      Attorney for Defendant
28                                    JASON WILSON


                                    1

1
2                      **\* \* \* ORDER \* \* \***
3       The Court, having reviewed the above request to vacate the
4  status conference currently set for January 11, 2011 and set the
5  matter for change of plea and sentence on February 1, 2010,
6  HEREBY ORDERS AS FOLLOWS:
7       1.   The January 11, 2011 status conference in the matter of
8            U.S. v. Wilson, shall be vacated.
9       2.   The matter will be set for change of plea and
10           sentencing on February 1, 2011.

15                         IT IS SO ORDERED.
16       Dated:   January 10, 2011      /s/ *Michael J. Seng*
17                         UNITED STATES MAGISTRATE JUDGE